IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02268-WYD-KLM

EMPLOYERS MUTUAL CASUALTY CO., in its own right and as subrogee and assignee of Charles McCartney and McCartney Property Management, Inc.,

Plaintiff,

v.

CHARTER OAK FIRE INSURANCE COMPANY,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss Plaintiff's Complaint, With Prejudice (docket #15), filed June 11, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the parties' Stipulated Motion to Dismiss Plaintiff's Complaint, With Prejudice (docket #15), filed June 11, 2008, is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: June 13, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge